FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

97 DEC 30 PM 2: 19
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| MICHAEL R. KIMBLE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV-97-P-0931-S |
| STEVE DEES, ET AL., | ) | |
| Defendants. | ) | |

ENTERED
DEC 3 0 1997

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 28, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed based on the doctrine of *res judicata* and as frivolous under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed based on the doctrine of *res judicata* and as frivolous pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 30² day of Dec_____, 1997.

SAM C. POINTER, JR.
CHIEF JUDGE